1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8    AUDREY JEAN WOLFORD,

9                            Petitioner,          Case No. C23-1689-MJP-MLP

10        v.

11   HOWARD C. BARRON,                            ORDER DECLINING TO SERVE
                                                  PETITION AND GRANTING LEAVE TO
                                                  AMEND
12                           Respondent.

13

14        Petitioner Audrey Wolford is currently confined at the Federal Detention Center in

15   SeaTac, Washington. She has presented to this Court for filing a petition for writ of habeas

16   corpus under 28 U.S.C. § 2241. (Dkt. # 3-1.) Petitioner did not submit her petition on the form

17   provided by the Court. Pursuant to Local Civil Rule ("LCR") 100(a), petitioners seeking federal

18   habeas relief under § 2241 must use, or substantially follow, this Court's form. Petitioners must

19   also provide all of the information required by the form prescribed by this Court for such

20   petitions. *See* LCR 100(a). The petition submitted by Petitioner does not substantially follow this

21   Court's form nor does it provide all of the information required by the form. Accordingly, the

22   Court ORDERS as follows:

23

ORDER DECLINING TO SERVE PETITION
AND GRANTING LEAVE TO AMEND- 1

1    (1)    Petitioner shall fill out the § 2241 form provided by the Clerk and return it to the

2    Court within **thirty (30) days** of the date on which this Order is signed. Petitioner's failure to

3    timely submit a petition on the requisite form may result in a recommendation to the district

4    judge that this action be dismissed.

5    (2)    The Clerk is directed to send copies of this Order and of the Court's § 2241 form

6    to Petitioner. The Clerk is further directed to send a copy of this Order to the Honorable Marsha

7    J. Pechman. Finally, the Clerk is directed to note this matter on the Court's calendar for **January**

8    **5, 2024**, for review of Petitioner's amended petition.

9        DATED this 5th day of December, 2023.

10

11

12

_____
MICHELLE L. PETERSON
United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

ORDER DECLINING TO SERVE PETITION
AND GRANTING LEAVE TO AMEND- 2