UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUDREY JEAN WOLFORD,

                    Petitioner,

     v.

HOWARD C. BARRON,

                    Respondent.

Case No. C23-1689-MJP-MLP

ORDER FOR SERVICE AND
RETURN, § 2241 PETITION

       Petitioner Audrey Wolford is currently confined at the Federal Detention Center at SeaTac, Washington. She has presented to the Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. # 6.) Petitioner identifies two issues in her petition. (*Id*. at 3.) Petitioner first asserts that her custody is unlawful because her First Step Act credits are not being applied to her sentence. (*Id*.) Petitioner also appears to assert that she is entitled to a reduction in her sentence under 18 U.S.C. § 3582(c)(2). (*Id*.) Though not entirely clear, Petitioner appears to request that this Court bifurcate the two issues and transfer the second issue to the sentencing court for consideration. (*See id*.) Petitioner indicates that she was sentenced in the District of Guam. (*Id*. at 2.)

ORDER FOR SERVICE AND
RETURN, § 2241 PETITION - 1

While this Court will permit Petitioner to proceed on her First Step Act claim, the Court will take no action with respect to her sentencing claim. If Petitioner wishes to pursue her request for a reduction in sentence, she must file a separate motion requesting such relief directly with the sentencing court.

Based on the foregoing, the Court hereby ORDERS as follows:

(1)     The Clerk shall arrange for service upon Howard Barron, Warden of the Federal Detention Center at SeaTac, Washington, upon the United States Attorney General in Washington, D.C., and upon the civil process clerk at the Office of the United States Attorney for the Western District of Washington, of copies of the petition and of this Order, by registered or certified mail, return receipt requested.

(2)     **Within thirty (30) days after such service**, Respondent shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. **The return should address only Petitioner's First Step Act claim.** As a part of such return, Respondent shall submit a memorandum of authorities in support of his position and should state whether an evidentiary hearing is necessary. Respondent shall file the return with the Clerk of the Court and shall serve a copy upon Petitioner.

(3)     The return will be treated in accordance with LCR 7(d)(3). Accordingly, on the face of the return, Respondent shall note it for consideration on the fourth Friday after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response not later than the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondent may file and serve a reply brief not later than the Friday designated for consideration of the matter.

ORDER FOR SERVICE AND
RETURN, § 2241 PETITION - 2

1    (4)    The Clerk shall send copies of this Order to Petitioner, to counsel for the

2 Government, and to the Honorable Marsha J. Pechman.

3    Dated this 8th day of January, 2024.

4

5    _____
     MICHELLE L. PETERSON
6    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER FOR SERVICE AND
RETURN, § 2241 PETITION - 3