UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUDREY JEAN WOLFORD,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>HOWARD C. BARRON, Warden, Federal Detention Center SeaTac,<br><br>　　　　　　　　　　Respondent. | Case No. C23-1689-MJP-MLP<br><br>ORDER DIRECTING RESPONDENT TO SUPPLEMENT THE RECORD |

　　　　This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner's federal habeas petition is currently ripe for consideration. At the time Petitioner filed this federal habeas action and at the time Respondent filed his response to Petitioner's amended petition, Petitioner was serving a 120-month sentence imposed in the District of Guam. (Dkt. # 10, Ex. 1.) Subsequent briefing from the parties reveals that Petitioner's sentence was recently reduced to 93 months. (*See* dkt. ## 13, 14.) As one of the arguments raised by Respondent in his response to Petitioner's amended petition is that the petition is not yet ripe for consideration, it would be helpful to have Respondent provide the Court with an updated Bureau of Prisons ("BOP")

ORDER DIRECTING RESPONDENT TO
SUPPLEMENT THE RECORD - 1

sentence computation and an updated First Step Act ("FSA") Time Credit Assessment before the Court proceeds to disposition of the amended petition.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Respondent shall submit to the Court, not later than **April 19, 2024**, an updated BOP sentence computation and an updated FSA Time Credit Assessment for Petitioner.

(2) Respondent's response to Petitioner's federal habeas petition (dkt. # 9) is RE-NOTED on the Court's calendar for consideration on **April 19, 2024**.

(3) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Marsha J. Pechman.

DATED this 4th day of April, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DIRECTING RESPONDENT TO
SUPPLEMENT THE RECORD - 2