**EXHIBIT 6**

```
                          FSA Time Credit Assessment
                    Register Number:05715-093, Last Name:WOLFORD

U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS
================================================================================

Register Number....: 05715-093        | Responsible Facility: SET
Inmate Name                           | Assessment Date.....: 03-30-2024
   Last.............: WOLFORD         | Period Start/Stop...: 07-19-2023 to 03-31-2024
   First............: AUDREY          | Accrued Pgm Days....: 256
   Middle...........: JEAN            | Disallowed Pgm Days.: 0
   Suffix...........:                 | FTC Towards RRC/HC..: 0
Gender.............: FEMALE           | FTC Towards Release.: 90
Start Incarceration: 09-26-2022       | Apply FTC to Release: Yes

Start       Stop        Pgm Status    Pgm Days
07-19-2023  02-12-2024  accrue        208
   Accrued Pgm Days...: 208
   Carry Over Pgm Days: 0
   Time Credit Factor.: 10
   Time Credits.......: 60
--------------------------------------------------------------------------------
Start       Stop        Pgm Status    Pgm Days
02-12-2024  03-31-2024  accrue        48
   Accrued Pgm Days...: 48
   Carry Over Pgm Days: 28
   Time Credit Factor.: 15
   Time Credits.......: 30
--- FSA Assessment -------------------------------------------------------------
#    Start       Stop        Status      Risk Assignment  Risk Asn Start     Factor
001  07-19-2023  08-16-2023  ACTUAL      FSA R-MIN        08-17-2023 1545    10
002  08-16-2023  02-12-2024  ACTUAL      FSA R-MIN        08-17-2023 1545    10
003  02-12-2024  08-10-2024  ACTUAL      FSA R-MIN        02-08-2024 2002    15



Assessment Date: 03-30-2024                  (1)              Assessment# -2145278475
```