UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUDREY JEAN WOLFORD,

                Petitioner,

v.

HOWARD C. BARRON,

                Respondent.

Case No. C23-1689-MJP

ORDER DISMISSING FEDERAL HABEAS PETITION

The Court, having reviewed Petitioner's amended petition for writ of habeas corpus under 28 U.S.C. § 2241, the briefing of the parties, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Petitioner's amended petition for writ of habeas corpus (dkt. # 6) is DISMISSED.

    (3)    The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Michelle L. Peterson.

//

//

DATED this _____ day of _____, 2024.

								_____
								MARSHA J. PECHMAN
								United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION - 2