## United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUDREY JEAN WOLFORD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>HOWARD C. BARRON,<br><br>　　　　　Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C23-1689-MJP |

___　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　　The Report and Recommendation is approved and adopted. Petitioner's amended petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED.

　　　Dated this _____ day of _____, 2024.

　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN_____
　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Deputy Clerk